UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MISS UNIVERSE L.P., LLLP, and DONALD J. TRUMP, both individually and derivatively on behalf of MISS UNIVERSE L.P., LLLP,

          Plaintiffs,

-against-

UNIVISION NETWORKS & STUDIOS, INC. and ALBERTO CIURANA, individually,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

15 CV 5377

## CERTIFICATE OF SERVICE

I do hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on the 10th day of July 2015, I served the Notice of Removal and supporting papers in the above-captioned action by having a true and correct copy thereof delivered by electronic mail and First Class mail, postage prepaid, to the address listed below for Plaintiffs' counsel of record in the removed action:

          Jeffrey L. Goldman, Esq.
          Belkin Burden Wenig & Goldman, LLP
          270 Madison Avenue,
          New York, NY 10016
          jgoldman@bbwg.com

          *Counsel for Plaintiffs*

Dated: New York, New York
      July 10, 2015

          _____
          Amer S. Ahmed