UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                     :

MISS UNIVERSE L.P., LLLP and DONALD J. TRUMP,  :  Civil Action No. 15-cv-5377
both individually and derivatively on behalf of MISS   :
UNIVERSE L.P., LLLP,  :  **NOTICE OF APPEARANCE**
  :  **AND DEMAND**
                              Plaintiffs,  :
  :
                         - against -  :
  :
UNIVISION NETWORKS & STUDIOS, INC. and  :
ALBERTO CIURANA, individually,  :
  :
                          Defendants.  :
  :
------------------------------------------------------------------------x

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

     PLEASE TAKE NOTICE, that Jeffrey L. Goldman of Belkin Burden Wenig & Goldman, LLP is an attorney for Plaintiffs Miss Universe L.P., LLP and Donald J. Trump and appears in this action, and requests that service of all papers, and notices of all proceedings in this action, be served upon the undersigned at the office and post office address listed below.

Dated:     New York, New York
             July 10, 2015

                                           BELKIN BURDEN WENIG & GOLDMAN, LLP
                                           *Attorneys for Plaintiffs*


                                           By:     /s/ Jeffrey L. Goldman
                                                     Jeffrey L. Goldman
                                           270 Madison Avenue
                                           New York, New York 10016
                                           Phone: (212) 867-4466
                                           Email: jgoldman@bbwg.com