UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

MISS UNIVERSE L.P., LLLP, and
DONALD J. TRUMP, both individually and
derivatively on behalf of
MISS UNIVERSE L.P., LLLP,

        Plaintiffs,

  -against-

UNIVISION NETWORKS & STUDIOS, INC.
and ALBERTO CIURANA, individually,

        Defendants.

----------------------------------------------------------------x

Case No. 15 CV 5377 (JGK) (JLC)

## STIPULATION AND ORDER FOR THE EXTENSION OF TIME WITHIN WHICH TO MOVE TO DISMISS THE COMPLAINT

**WHEREAS**, Plaintiffs Miss Universe L.P., LLLP and Donald J. Trump ("Plaintiffs") filed a summons and complaint (collectively, the "Complaint") in the above-captioned matter on June 30, 2015 in the Supreme Court of the State of New York, naming as defendants Univision Networks & Studios, Inc. and Alberto Ciurana ("Defendants");

**WHEREAS**, Plaintiffs served the Complaint on Defendant Univision Networks & Studios, Inc. on July 2, 2015;

**WHEREAS**, undersigned counsel for Defendants agreed to accept service on behalf of Defendant Alberto Ciurana, which service was completed on July 15, 2015;

**WHEREAS**, Defendants filed a Notice of Removal in this Court on July 10, 2015, and served the Notice of Removal on Plaintiffs on July 10, 2015;

**WHEREAS**, Defendants' response to the Complaint is currently due on August 26, 2015 by joint stipulation of the parties;

**WHEREAS**, Defendants intend to move to dismiss the Complaint and are ready and able to do so on or before August 26, 2015;

**WHEREAS**, this Court's Individual Rules of Practice require a pre-motion conference with the Court before the filing of a motion to dismiss is permitted;

**WHEREAS**, Defendants have been informed by the Court Clerk that given the Court's current schedule, a pre-motion conference before August 26, 2015 is impracticable;

**WHEREAS**, in light of the inability to schedule a pre-motion conference with the Court before August 26, 2015, the parties have agreed to further extend the time by which Defendants may move to dismiss the Complaint;

**WHEREAS**, this is the second time the parties have agreed and jointly stipulated to extend the time to move, answer, or otherwise respond to the Complaint;

**WHEREAS**, the parties agree that Plaintiffs shall be permitted 45 days within which to respond to Defendants' motion to dismiss; and

**WHEREAS**, this Stipulation is entered without prejudice to Defendants' right to file a reply brief responding to Plaintiffs' responsive brief;

**NOW THEREFORE**, it is hereby stipulated and agreed, subject to the approval of the Court, that:

1. The August 26, 2015 deadline for responding to the Complaint is adjourned;

2. Defendants shall file their motion to dismiss on a date to be set by the Court at the pre-motion conference contemplated herein;

3. Plaintiffs shall have 45 days from service of Defendants' motion to dismiss to respond to the motion to dismiss; and

4. Defendants shall have the right to file a reply brief in further support of their motion to dismiss.

Dated: August 19, 2015
New York, New York

| | |
|---|---|
| BELKIN BURDEN WENIG & GOLDMAN LLP | GIBSON, DUNN & CRUTCHER LLP |
| By: *[signature]* Jeffrey L. Goldman | By: *[signature]* Randy M. Mastro<br>Amer S. Ahmed |
| 270 Madison Avenue<br>New York, New York 10016<br>Telephone: (212) 867-4466 | 200 Park Avenue<br>New York, New York 10166<br>Tel.: (212) 351-4000<br>Fax: (212) 351-4035 |
| *Attorneys for Plaintiffs Miss Universe L.P., LLLP and Donald J. Trump* | Miguel A. Estrada<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Tel: (202) 955-8500<br>Fax: (202) 530-9616 |
| | *Attorneys for Defendants Univision Networks & Studios, Inc. and Alberto Ciurana* |

Dated: August 20, 2015
        New York, New York

SO ORDERED.

*[signature]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE, PART I

3