UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
MISS UNIVERSE, LLP.,

                Plaintiff(s),

    -against-

UNIVISION NETWORKS,

               Defendant(s).
---------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

15 civ 5377 (JGK)

To All Parties,

    You are directed to appear for a pre-motion conference, to be held on **Monday, September 14, 2015,** in Courtroom 12B, at 10:30am in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

Don Fletcher
Courtroom Case Manager

Dated: New York, New York
       August 25, 2015

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/2015