# LAROCCA HORNIK ROSEN GREENBERG & BLAHA LLP
### COUNSELORS AT LAW

THE TRUMP BUILDING
40 WALL STREET
32ND FLOOR
NEW YORK, NY 10005
212-530-4823
212-530-4815 FAX

LHRGB.COM

ANDREW G. HEGT (1977-2012)

201-444-3531
201-444-3541 FAX

FREEHOLD COMMONS
83 SOUTH STREET
3RD FLOOR
FREEHOLD, NJ 07728
732-409-1144
732-409-0350 FAX

FLORENCE R. GOFFMAN ∆
ERIN K. BURKE
STACEY L. MILLER ◊
REBECCA L. BERNSTEIN †
JONATHAN TABAR ∆
JARED BLUMETTI
BENJAMIN PARISI
CYNTHIA NEFF
ALON SOLON
CURTIS ROMANOWSKI

∆ NEW YORK BAR ONLY
† NEW JERSEY BAR ONLY
◊ OF COUNSEL ATTORNEYS
ο CERTIFIED MATRIMONIAL LAW ATTORNEY
* PRACTICING AS AN LLC

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**_____
**DATE FILED: 9/3/2015**

DIRECT DIAL: 212.530.4822
EMAIL: LROSEN@LHRGB.COM

September 2, 2015

**VIA ECF**
Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Miss Universe L.P., LLLP et al v. Univision Networks & Studios, Inc. et al
Case No.: 1:15-cv-05377-JGK

Dear Judge Koeltl:

We are counsel to Plaintiffs, Miss Universe L.P., LLLP and Mr. Donald J. Trump, and write to request that the pre-motion conference that is currently scheduled for September 14, 2015 be re-scheduled to either September 29 or 30.

This is the first such request and is necessary only because September 14 is the first day of Rosh Hashanah and several of the attorneys are not available to attend the conference on that date.

Counsel for both sides have conferred in good faith and are available on either of the two proposed alternate dates, subject to the Court's calendar.

Respectfully submitted,

Lawrence S. Rosen

cc: Randy Mastro, Esq. (via ECF)
Amer Ahmed, Esq. (via ECF)

The motion is GRANTED. The conference is ADJOURNED to **September 29, 2015, at 4:30 p.m.**

SO ORDERED.

Dated: September 3, 2015
New York, New York

ANALISA TORRES
United States District Judge