UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MISS UNIVERSE LLP, et al.,
                Plaintiffs,

15 civ 5377 (JGK)

                -against-

UNIVISION NETWORKS AND STUDIOS, et al.,
                Defendants.
-------------------------------------------------------------X

## ORDER

The conference scheduled for Tuesday, September 29, 2015, at 4:30pm, is hereby

**rescheduled for Monday, October 5, 2015, at 11:00am.**

**SO ORDERED.**

                                                    _/s/ John G. Koeltl_
                                                    **JOHN G. KOELTL**
                                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         September 28, 2015

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/2015
```