UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

MISS UNIVERSE L.P. LLLP ET AL,

           Plaintiff,

- against -

UNIVISION NETWORKS & STUDIOS, INC. ET AL,

           Defendants.
───────────────────────────────────────

15 CV 5377 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    As stated at today's conference, the plaintiffs' amended complaint is due on **November 6, 2015**. The time to answer or move with respect to the amended complaint is extended to **December 4, 2015**. The plaintiffs shall respond by **January 8, 2016**. The defendants' reply is due **January 22, 2016**.

SO ORDERED.

Dated:    New York, New York
          October 20, 2015

                                            _____
                                            John G. Koeltl
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/21/15