UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
MISS UNIVERSE L.P., LLLP and DONALD J. TRUMP,

                 Plaintiffs,

           - against -

UNIVISION NETWORKS & STUDIOS, INC. and
ALBERTO CIURANA, individually,

                Defendants.
------------------------------------------------------------ X

Case No. 15 CV 5377 (JGK)(JLC)

**RULE 7.1 STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiffs, certify that Miss Universe L.P., LLLP does not have a parent corporation and that no publicly held corporation owns ten percent (10%) or more of its ownership interest.

Dated: New York, New York
       November 6, 2015

                                   LAROCCA HORNIK ROSEN
                                   GREENBERG & BLAHA LLP

        By:   Lawrence S. Rosen
                Patrick McPartland
                The Trump Building
                40 Wall Street, 32nd Floor
                New York, New York 10005
                T: (212) 530-4822/4837
                E: lrosen@lhrgb.com / pmcpartland@lhrgb.com

                Jeffrey L. Goldman
                BELKIN BURDEN WENIG & GOLDMAN, LLP
                270 Madison Avenue
                New York, New York 10016
                T: (212) 867-4466
                E: jgoldman@bbwg.com

                *Attorneys for Plaintiffs*