UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
MISS UNIVERSE L.P., LLLP, and :
DONALD J. TRUMP, :
:
                 Plaintiffs, :  Case No. 1:15-cv-5377 (JGK)
:
  -against- :
:
UNIVISION NETWORKS & STUDIOS, INC. :
and ALBERTO CIURANA, individually, :
:
                 Defendants. :
:
-----------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated December 4, 2015; the accompanying declaration of Randy M. Mastro, dated December 4, 2015, together with the exhibits thereto; all prior pleadings and proceedings herein, and such argument as may be received by this Court at the time of a hearing, Defendants Univision Networks & Studios, Inc. and Alberto Ciurana (collectively, "Defendants"), by and through their undersigned counsel, will move this Court before the Honorable John G. Koeltl, United States District Judge, in Courtroom 1030 of the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by this Court, for an order dismissing the Amended Complaint and all claims asserted therein with prejudice under Federal Rule of Civil Procedure 12(b)(6) and for other relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Court order, opposition papers must be served and filed on or before January 8, 2016 and reply papers must be served and filed on or before January 22, 2016.

Dated:  New York, New York
        December 4, 2015

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: _s/ Randy M. Mastro_____

Randy M. Mastro
Amer S. Ahmed

200 Park Avenue
New York, New York 10166-0193
Tel.:  (212) 351-4000
Fax:  (212) 351-4035

Miguel A. Estrada
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel.: (202) 955-8500
Fax: (202) 530-9616

*Attorneys for Defendants Univision Networks & Studios, Inc. and Alberto Ciurana*