# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Randy M. Mastro
Direct: +1 212.351.3825
Fax: +1 212.351.5219
RMastro@gibsondunn.com

Client: 93701-00001

January 22, 2016

VIA ECF

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Miss Universe L.P., LLLP et al v. Univision Networks & Studios, Inc. et al
      Case No.: 1:15-cv-05377-JGK

Dear Judge Koeltl:

We are counsel to Defendants, Univision Networks & Studios, Inc. and Alberto Ciurana, in the above-captioned case currently pending before the Court. We write to respectfully request that Your Honor hear argument on Defendants' Motion to Dismiss the Amended Complaint, which was fully briefed and submitted today, January 22, 2016. We appreciate the Court's consideration of this request.

Respectfully,

/s/ Randy M. Mastro,


Randy M. Mastro