UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MISS UNIVERSE L.P. LLLP ET AL,

              Plaintiff,

- against -

UNIVISION NETWORKS & STUDIOS, INC. ET AL,

              Defendants.

15-cv-5377 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to provide the Court with courtesy copies of the papers filed by the parties in connection with the motion to dismiss. The docket numbers are Dkt. Nos. 24, 25, 26, 27, and 28.

SO ORDERED.

Dated:    New York, New York
            January 22, 2016

                                  /s/ John G. Koeltl
                                  John G. Koeltl
                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-25-16