UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
MISS UNIVERSE,

                Plaintiff(s),

                                  **NOTICE OF ORAL ARGUMENT**

    -against-

UNIVISION,                                        15 civ 5377 (JGK)

                Defendant(s).
---------------------------------------------------------X

To All Parties,

      You are directed to appear for oral argument on the pending motion(s), to be held on

**Wednesday, February 10, 2016, at 10:30am,** in Courtroom 12B, in front of the Honorable John

G. Koeltl.

      **All requests for adjournments must be made in writing to the Court.**

      For any further information, please contact the Court at (212) 805-0107.

                                                                 **Don Fletcher**
                                                  **Courtroom Case Manager**

Dated: New York, New York
         February 2, 2016

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/2016
```