# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Randy M. Mastro
Direct: +1 212.351.3825
Fax: +1 212.351.5219
RMastro@gibsondunn.com

Client: 93701-00001



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/2016

February 9, 2016

VIA FACSIMILE ONLY ((212) 805-7912)

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Miss Universe L.P., LLLP et al v. Univision Networks & Studios, Inc. et al
   Case No.: 1:15-cv-05377-JGK

Dear Judge Koeltl:

Our firm represents Defendants, Univision Networks & Studios, Inc. and Alberto Ciurana, in this action. I write on behalf of all counsel to all parties in this case to jointly request that the oral argument hearing scheduled for tomorrow, Wednesday, February 10, be adjourned for a three-week period.

Respectfully,

GIBSON, DUNN & CRUTCHER LLP

*/s/ Randy M. Mastro*

Randy M. Mastro

cc: Jeffrey L. Goldman, Esq.

*Argument adjourned to 2/29/16 at 10:00 A.M. SO ordered.*

*/s/ JGKoeltl*
*2/9/16  U.S.D.J.*