UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MISS UNIVERSE L.P., LLLP, and
DONALD J. TRUMP, both individually and
derivatively on behalf of
MISS UNIVERSE L.P., LLLP,

              Plaintiffs,

   -against-

UNIVISION NETWORKS & STUDIOS, INC.
and ALBERTO CIURANA, individually,

             Defendants.

-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/11/16

Case No. 15-cv-5377 (JGK)(JLC)

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Miss Universe L.P., LLLP and Donald J. Trump and their counsel hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice, as to all counts, against Defendants Univision Networks & Studios, Inc. and Alberto Ciurana.

TRUMP ORGANIZATION LLC

By: _____
Matthew R. Maron
725 Fifth Avenue
New York, New York 10022
(212) 715-7200
mmaron@trumporg.com

Lawrence S. Rosen
LAROCCA HORNIK ROSEN
GREENBERG & BLAHA LLP
The Trump Building
40 Wall Street, 32nd Floor
New York, New York 10005
(212) 530-4822
lrosen@lhrgb.com

Jeffrey L. Goldman
BELKIN BURDEN WENIG &
GOLDMAN, LLP

SO ORDERED:
_____
U.S.D.J.
2/11/16

Case 1:15-cv-05377-JGK Document 34 Filed 02/11/16 Page 2 of 2

270 Madison Avenue
New York, New York 10016
(212) 867-4466
jgoldman@bbwg.com

*Attorneys for Plaintiffs*


GIBSON, DUNN & CRUTCHER LLP

By: /s/ Randy M. Mastro /ASA

Randy M. Mastro
Amer S. Ahmed
200 Park Avenue
New York, New York 10166-0193
Tel.: (212) 351-4000
Fax: (212) 351-4035

Miguel A. Estrada
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel.: (202) 955-8500
Fax: (202) 530-9616

*Attorneys for Defendants Univision Networks & Studios, Inc. and Alberto Ciurana*